# United States Court of Appeals for the Federal Circuit

---

**BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S.,**
*Plaintiff-Appellee*

**UNITED STATES,**
*Defendant*

v.

**AMERICAN CAST IRON PIPE COMPANY, BERG STEEL PIPE CORP., BERG SPIRAL PIPE CORP., DURA-BOND INDUSTRIES, STUPP CORPORATION, INDIVIDUALLY AND AS MEMBERS OF THE AMERICAN LINE PIPE PRODUCERS ASSOCIATION, GREENS BAYOU PIPE MILL, LP, JSW STEEL (USA) INC., SKYLINE STEEL, TRINITY PRODUCTS LLC, WELSPUN TUBULAR LLC USA,**
*Defendants-Appellants*

---

2020-2014

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00056-JAR, 1:19-cv-00080-JAR, Senior Judge Jane A. Restani.

---

**MANDATE**

---

      In accordance with the judgment of this Court, entered July 20, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

                                           FOR THE COURT

August 26, 2021                          /s/ Peter R. Marksteiner
                                              Peter R. Marksteiner
                                              Clerk of Court