UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş.,** | |
| Plaintiff, | |
| **AMERICAN CAST IRON PIPE COMPANY,** *et al.*, | **Before: Jane A. Restani, Judge** |
| Consolidated Plaintiffs, | **Consol. Court No. 19-00056** |
| v. | |
| **UNITED STATES,** | |
| Defendant, | |
| **AMERICAN CAST IRON PIPE COMPANY,** *et al.*, | |
| Defendant-Intervenors, and | |
| **BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş.,** | |
| Consolidated Defendant-Intervenor. | |

## **ORDER**

Having received the mandate of the Court of Appeals in this matter, the matter is remanded to the United States Department of Commerce to address any issues remaining from the prior remand that are no longer moot.

Remand results are due within 45 days. Any objections may be filed 20 days thereafter and any responses to the objections 15 days thereafter.

By: /s/ Jane A. Restani
Jane A. Restani

Dated: August 26, 2021