# THE UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE: HONORABLE JANE A. RESTANI, SENIOR JUDGE

|  |  |  |
|---|---|---|
| BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| UNITED STATES, | ) ) ) | |
| Defendant, | ) ) ) | Consol. Court No. 19-00056 |
| and | ) ) ) | |
| AMERICAN CAST IRON PIPE COMPANY, BERG STEEL PIPE CORP., BERG SPIRAL PIPE CORP., DURA-BOND INDUSTRIES, STUPP CORP., AMERICAN LINE PIPE PRODUCERS ASSOCIATION, GREENS BAYOU PIPE MILL, LP, JSW STEEL (USA) INC., SKYLINE STEEL, AND TRINITY PRODUCTS, | ) ) ) ) ) ) ) ) | |
| Defendant-Intervenors. | ) ) | |

## PLAINTIFF'S RESPONSE TO ALPPA'S COMMENTS IN OPPOSITION TO THE U.S. DEPARTMENT OF COMMERCE'S NOVEMBER 2, 2021 FINAL REDETERMINATION PURSUANT TO COURT REMAND

Julie C. Mendoza
Donald B. Cameron
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Edward J. Thomas III
Jordan L. Fleischer

**MORRIS, MANNING & MARTIN LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
(202) 408-5153

December 7, 2021

*Counsel to Plaintiff Borusan Mannesmann Boru Sanayi ve Ticaret A.Ş.*

# TABLE OF CONTENTS

I. INTRODUCTION AND ARGUMENT ................................................................................ 1
II. CONCLUSION ....................................................................................................................... 3

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Borusan Mannesmann Boru Sanayi ve Ticaret A.Ş. v. United States*,
   426 F. Supp. 3d 1395 (Ct. Int'l Trade 2020) ..............................................................2

THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE JANE A. RESTANI, SENIOR JUDGE

| | | |
|---|---|---|
| BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES, | ) ) ) | |
| Defendant, | ) ) | Consol. Court No. 19-00056 |
| and | ) ) ) | |
| AMERICAN CAST IRON PIPE COMPANY, BERG STEEL PIPE CORP., BERG SPIRAL PIPE CORP., DURA-BOND INDUSTRIES, STUPP CORP., AMERICAN LINE PIPE PRODUCERS ASSOCIATION, GREENS BAYOU PIPE MILL, LP, JSW STEEL (USA) INC., SKYLINE STEEL, AND TRINITY PRODUCTS, | ) ) ) ) ) ) ) | |
| Defendant-Intervenors. | ) ) | |

**PLAINTIFF'S RESPONSE TO ALPPA'S COMMENTS IN OPPOSITION TO THE U.S. DEPARTMENT OF COMMERCE'S NOVEMBER 2, 2021 FINAL REDETERMINATION PURSUANT TO COURT REMAND**

On behalf of Plaintiff Borusan Mannesmann Boru Sanayi ve Ticaret A.Ş. ("Plaintiff" or "BMB"), we hereby submit our response to the American Line Pipe Producers Association's ("ALPPA") comments in opposition to the U.S. Department of Commerce's ("Commerce") November 2, 2021 Final Results of Redetermination Pursuant to Court Remand. ECF No. 119 ("ALPPA Comments").

**I.  INTRODUCTION AND ARGUMENT**

ALPPA requests that this Court prolong this litigation further and remand the second remand redetermination back to Commerce to further address the particular market situation

1

("PMS") and date of sale issues. ALPPA Comments at 16-17. Plaintiff respectfully disagrees and believes that no further remand is necessary. This litigation has already dragged on for more than 2.5 years and Plaintiff BMB has waited long enough to receive the relief to which it is entitled – the termination of the antidumping duty ("AD") order and refund of the AD duties paid under the order. This Court has given Commerce the opportunity on multiple occasions to fully address all issues in the case. *Borusan Mannesmann Boru Sanayi ve Ticaret A.Ş. v. United States*, 426 F. Supp. 3d 1395 (Ct. Int'l Trade 2020); Order, ECF No. 110 (Aug. 26, 2021); Order, ECF No. 114 (Oct. 5, 2021).

Despite Plaintiffs' objections, Commerce has taken a piecemeal approach and addressed one issue during the first remand redetermination and a second issue during the second remand redetermination. U.S. Department of Commerce's ("Commerce") November 2, 2021 Final Results of Redetermination Pursuant to Court Remand, ECF No. 115 ("*Second Final Remand Results*"); U.S. Department of Commerce's ("Commerce") March 9, 2020 Final Results of Redetermination Pursuant to Court Remand, *Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States*, Consol. Court No. 19-00056, Slip Op. 20-04 (CIT Jan. 7, 2020), ECF No. 86 ("*Final Remand Results*"). Commerce's stated reason for doing so in both instances was that BMB's estimated weighted average dumping margin would only be further reduced if Commerce were to consider other outstanding issues, so there was no need to reach these issues for purposes of the final results of redetermination. *Second Final Remand Results* at 2; *Final Remand Results* at 1-2. As set forth in Plaintiff's November 22, 2021 comments on the *Second Final Remand Results*, BMB believes that the appropriate action at this time is for the Court to sustain the *Second Final Remand Results* and enter final judgment in favor of Plaintiff on both outstanding issues. ECF No. 118 at 4. Entering final judgment for both the PMS (Count Four)

and date of sale (Count One) issues now is necessary to ensure the just and efficient resolution of this litigation. Should Defendant or Defendant-Intervenors elect to appeal any element of this Court's decision to the Federal Circuit, the record should be clear that the Court has resolved and issued judgment in BMB's favor on all remaining counts, thereby eliminating any risk of further piecemeal review of the Court's decision. If the Court nevertheless determines that it is inappropriate to issue judgment on Count One at this time, BMB requests that the Court sustain Commerce's second remand determination and enter judgment on Count Four. BMB wishes to avoid any further delay in the implementation of Commerce's second remand determination, which has resulted in a negative determination of dumping for BMB.

## II. CONCLUSION

For all of the foregoing reasons, Plaintiff respectfully requests that the Court sustain Commerce's *Second Final Remand Results* and enter final judgment in favor of Plaintiff on both outstanding issues.

Respectfully submitted,

/s/ Julie C. Mendoza
Julie C. Mendoza
Donald B. Cameron
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Edward J. Thomas III
Jordan L. Fleischer

MORRIS, MANNING & MARTIN LLP
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005

*Counsel to Plaintiff Borusan Mannesmann Boru Sanayi ve Ticaret A.Ş.*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing submission complies with the Standard Chambers Procedures of the U.S. Court of International Trade in that it contains 594 words including text, footnotes, and headings and excluding the table of contents, table of authorities and counsel's signature block, according to the word count function of Microsoft Word 2016 used to prepare this brief.

/s/ Julie C. Mendoza