IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S., <br>     Plaintiff, <br>  and <br> AMERICAN CAST IRON PIPE COMPANY, *et al.*, <br>     Consolidated Plaintiffs, <br>  v. <br> UNITED STATES, <br>     Defendant, <br>  and <br> AMERICAN CAST IRON PIPE COMPANY, *et al.*, <br>     Defendant-Intervenors. | Before: Hon. Jane A. Restani, <br>     Senior Judge <br><br> Consol. Court No. 19-00056 |

## NOTICE OF APPEAL

Notice is hereby given that American Cast Iron Pipe Company, Berg Steel Pipe Corp., Berg Spiral Pipe Corp., Dura-Bond Industries, and Stupp Corporation, individually and as members of the American Line Pipe Producers Association; Greens Bayou Pipe Mill, LP; JSW Steel (USA) Inc.; Skyline Steel; Trinity Products LLC; and Welspun Tubular LLC, Consolidated Plaintiffs and Defendant-Intervenors in the above-named case, appeal to the United States Court of Appeals for the Federal Circuit the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States*, Consol. Ct. No. 19-00056, slip op. 21-00174 (Ct. Int'l Trade Dec. 28, 2021), ECF No. 124; Judgment Order, Consol. Ct. No. 19-00056 (Ct. Int'l Trade Dec. 28, 2021), ECF No. 125.

**Consol. Court No. 19-00056**

                        Respectfully submitted,

                        */s/ Timothy C. Brightbill*
                        Timothy C. Brightbill, Esq.
                        Laura El-Sabaawi, Esq.

                        **WILEY REIN LLP**
                        2050 M Street, NW
                        Washington, DC 20036
                        (202) 719-7000

                        *Counsel to American Cast Iron Pipe Company, Berg Steel Pipe Corp., Berg Spiral Pipe Corp., Dura-Bond Industries, and Stupp Corporation, individually and as members of the American Line Pipe Producers Association; Greens Bayou Pipe Mill, LP; JSW Steel (USA) Inc.; Skyline Steel; Trinity Products LLC; and Welspun Tubular LLC*

Dated: February 25, 2022