# United States Court of Appeals for the Federal Circuit

---

**BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S.,**
*Plaintiff-Appellee*

**AMERICAN CAST IRON PIPE COMPANY, BERG STEEL PIPE CORP., BERG SPIRAL PIPE CORP., DURA-BOND INDUSTRIES, STUPP CORPORATION, AMERICAN LINE PIPE PRODUCERS ASSOCIATION, GREENS BAYOU PIPE MILL, LP, JSW STEEL (USA) INC., SKYLINE STEEL, TRINITY PRODUCTS LLC, WELSPUN TUBULAR LLC,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant*

---

2022-1502

---

Appeal from the United States Court of International Trade in Nos. 1:19-cv-00056-JAR, 1:19-cv-00080-JAR, Senior Judge Jane A. Restani.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered August 26, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 3, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court